UNITED STATES of America,
Plaintiff-Appellee,

v.

John Robert REGISTER, Jr.,
Defendant-Appellant.

No. 17-13293
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(January 16, 2018)

Lindsay Feinberg, U.S. Attorney Service—Middle District of Georgia, U.S. Attorney's Office, Macon, GA, for Plaintiff-Appellee

John Robert Register, Jr., Pro Se

Before WILLIAM PRYOR, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert J. Pinnero, appointed counsel for John Register, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Register's

convictions and sentences are **AFFIRMED**.